IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE ROGERS,<br>    Plaintiff,<br><br>vs.<br><br>KIMERLY STANLEY, City of Pgh Police Officer; CITY OF PGH POLICE DEPT.,<br>    Defendants. | )<br>)<br>) Civil Action No. 12-439<br>) Chief Judge Gary L. Lancaster<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>) |

## ORDER

AND NOW, this 30th day of November, 2012, after the Plaintiff, Clarence Rogers, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that the case be dismissed for failure to prosecute and granting the Plaintiff until November 26, 2012, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the case is DISMISSED for failure to prosecute.

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                By the Court,

                _____
                Gary L. Lancaster
                Chief United States District Judge

cc: Clarence Rogers
#23031-2F/212
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100